KATHERINE S. CLARK (SBN 94871)
LAW OFFICES OF KATHERINE S. CLARK
919 The Alameda
San Jose, California 95126
Telephone: (408) 350-7523
            (650) 289-9303
Facsimile: (408) 715-2564

Attorneys for Defendant Catholic Healthcare West
    dba Saint Francis Memorial Hospital

| | |
|---|---|
| CRYSTAL A. POOLE,<br><br>    Plaintiff,<br><br>v.<br><br>CATHOLIC HEALTHCARE WEST/ST. FRANCIS MEMORIAL HOSPITAL, and DOES 1-50, et al,<br><br>    Defendants. | Case No. **CV 10-4637 JCS**<br><br>**STIPULATION AND ORDER GRANTING DEFENDANT EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

    IT IS HEREBY STIPULATED by and between the parties to this action, directly and through their attorneys of record herein, that:

    1. This employment discrimination/retaliation case was filed on October 14, 2010.

    2. The Summons and Complaint were served on Defendant Catholic Healthcare West on October 26, 2010, and Defendant's responsive pleading is due on November 16, 2010.

    3. Defendant's counsel recently notified Plaintiff that Defendant plans to file a Motion to Dismiss, a Motion for More Definite Statement and a Motion to Strike Immaterial and Redundant Matter;

    4. Defendant offered plaintiff time to amend her Complaint to number the paragraphs in the Complaint and delete unnecessary and irrelevant allegations and citations to statutes and case law.

    5. The parties would like additional time to meet and confer on the pleadings.

    6. The parties would like to avoid the time and expense related to the motions.

-1-   STIPULATION AND ORDER ETC.

1     7.    Plaintiff and Defendant stipulate that Defendant should have an extension to respond to the
2 Complaint until November 30, 2010.

3     *Plaintiff hold right to file opposition to dismiss*

4 Dated: November 12, 2010     *Crystal A. Poole, In Pro Se*
                                                  Crystal A. Poole, In Pro Se

7 Dated: November 12, 2010     LAW OFFICES OF KATHERINE S. CLARK

8                                                *Katherine S. Clark*
                                                 Katherine S. Clark
9                                                  Attorneys for Defendant Catholic Healthcare West

[~~PROPOSED~~ ORDER]

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that Defendant Catholic Healthcare West dba Saint Francis Memorial Hospital shall have until November 30, 2010, to respond to the Complaint.

IT IS SO ORDERED.

Dated: November 16, 2010     By: _____
                                               Judge Joseph C. Spero
                                               United States Magistrate Judge