```
 1  KATHERINE S. CLARK (SBN 94871)
    LAW OFFICES OF KATHERINE S. CLARK
 2  919 The Alameda
    San Jose, California 95126
 3  Telephone: (408) 350-7523
               (650) 289-9303
 4  Facsimile: (408) 715-2564

 5  Attorneys for Defendant Catholic Healthcare West
         dba Saint Francis Memorial Hospital
```

| | |
|---|---|
| CRYSTAL A. POOLE, | Case No. CV 10-4637 JCS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF LEAVE TO AMEND COMPLAINT |
| CATHOLIC HEALTHCARE WEST/ST. FRANCIS MEMORIAL HOSPITAL, and DOES 1-50, et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, directly and through their attorneys of record herein, that:

1. This employment discrimination/retaliation case was filed on October 14, 2010.

2. The Summons and Complaint were served on Defendant Catholic Healthcare West on October 26, 2010;

3. Defendant's counsel notified Plaintiff that Defendant planned to file a Motion to Dismiss, a Motion for More Definite Statement and a Motion to Strike Immaterial and Redundant Matter;

4. Pursuant to a prior Stipulation or Order, Defendant's responsive pleading was due to be filed on November 30, 2010.

5. Defendant offered plaintiff time to amend her Complaint to number the paragraphs in the Complaint and delete unnecessary and irrelevant allegations and citations to statutes and case law.

6. Plaintiff has agreed to file a First Amended Complaint;

-1- STIPULATION AND ORDER ETC.

7. The parties would like to avoid the time and expense related to the motions.

8. Plaintiff and Defendant stipulate that Plaintiff shall have 30 days leave, to and including December 30, 2010, within which to file a First Amended Complaint.

Dated: November 22, 2010

*/s/ Crystal A. Poole, In Pro Se*
Crystal A. Poole, In Pro Se

Dated: November 22, 2010

LAW OFFICES OF KATHERINE S. CLARK

*/s/ Katherine S. Clark*
Katherine S. Clark
Attorneys for Defendant Catholic Healthcare West

[~~PROPOSED~~ ORDER]

GOOD CAUSE APPEARING THEREFOR,

IT IS SO ORDERED.

Dated: November 24, 2010

*/s/ Judge Joseph C. Spero*
Magistrate Judge

-2-   STIPULATION AND ORDER ETC.