1  KATHERINE S. CLARK (SBN 94871)
   LAW OFFICES OF KATHERINE S. CLARK
2  919 The Alameda
   San Jose, California 95126
3  Telephone:  (408) 350-7523
               (650) 289-9303
4  Facsimile:  (408) 715-2564

5  Attorneys for Defendant Catholic Healthcare West
   dba Saint Francis Memorial Hospital

| | |
|---|---|
| CRYSTAL A. POOLE,<br><br>          Plaintiff,<br><br>     v.<br><br>CATHOLIC HEALTHCARE WEST/ST.<br>FRANCIS MEMORIAL HOSPITAL, and<br>DOES 1-50, et al,<br><br>          Defendants. | Case No.  **CV 10-4637 JCS**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SEALING COMPLAINT** |

   IT IS HEREBY STIPULATED by and between the parties to this action, directly and through their attorneys of record herein, that:

   1. This employment discrimination/retaliation case was filed on October 14, 2010.
   2. Exhibits E, H and I to Plaintiff's Complaint contain personal information;
   3. Plaintiff and Defendant stipulate that Plaintiff's Complaint and all of its appended exhibits filed as Document #1 on October 14, 2010 shall be filed under seal forthwith.

   Dated: December 8, 2010

                                              _Crystal A. Poole, In Pro Se_  12/9/10
                                              Crystal A. Poole, In Pro Se

   Dated: December 8, 2010

                                              LAW OFFICES OF KATHERINE S. CLARK

                                              _Katherine S Clark_
                                              Katherine S. Clark
                                              Attorneys for Defendant Catholic Healthcare
                                              West

-1-  STIPULATION AND [PROPOSED] ORDER SEALING
     COMPLAINT CV 10-4637 JCS

[~~PROPOSED~~ ORDER]

GOOD CAUSE APPEARING THEREFOR,

the following exhibits shall be sealed, B, E, H, I, M, N, O, & Q
IT IS SO ORDERED that ~~Plaintiff's Complaint and all of its appended exhibits filed as Document #1 on October 14, 2010 shall be filed under seal forthwith.~~
to Plaintiff's complaint filed on 10/14/10 shall be filed under seal.

Dated: 12/17_____, 2010

Joseph C. Sp[ero]
United States [Magistrate Judge]

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

-2-   STIPULATION AND [PROPOSED] ORDER SEALING
      COMPLAINT CV 10-4637 JCS